1  Alan E. Wisotsky (SBN 68051)                               **JS-6**
   Dirk DeGenna (SBN 188972)
2  LAW OFFICES OF ALAN E. WISOTSKY
   300 Esplanade Drive, Suite 1500
3  Oxnard, California 93036
   Tel:    (805) 278-0920
4  Fax:    (805) 278-0289
   E-mail: lawyers@wisotskylaw.com
5
6  Attorneys for Defendants CITY OF OXNARD,
   SHEYLAN FLANNERY, and DEREK
7  STEPHENS

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 VANESSA ESQUIVEL,                )   No. CV 07-02758 ODW (PLAx)
                                    )
12         Plaintiff,                )   **JUDGMENT**
                                    )
13     v.                           )
                                    )
14                                  )
   CITY OF OXNARD, a public         )
15 entity; SHEYLAN FLANNERY, an     )
   individual; DEREK STEPHENS, an   )
16 individual; and DOES 1-10        )
   inclusively,                     )
17                                  )
           Defendants.               )
18                                  )
                                    )
19

20         The Honorable Otis D. Wright II, United States District Judge, hereby

21 orders judgment entered in favor of defendants City of Oxnard, Derek Stephens,

22 and Sheylan Flannery. This document constitutes the final judgment in favor of

23 these defendants and against the plaintiff.

24         The basis of the Court's entry of judgment in favor of defendants Stephens

25 and Flannery is the jury's verdict in their favor, rendered on April 25, 2008. The

26 basis of the Court's entry of judgment in favor of the City of Oxnard is the

27 jury's conclusion that there were no underlying constitutional violations upon

28 which 42 U.S.C. §1983 liability can be assigned to the public entity as required

by the holding of *Monell v. New York Department of Social Services*, 436 U.S. 658 (1978).

Trial of this action commenced on April 22, 2008, and continued thereafter on April 23, 24, and 25, 2008. During that time, the trial was regular in form and substance, including opening statements; plaintiff's case in chief, during which several witnesses were called and evidence adduced; the defense case in chief, during which several witnesses were called and evidence adduced; the giving of closing arguments; and the instruction of the jury. The jury deliberated on April 25, 2008, and reached a unanimous verdict which was read in open court on April 25, 2008. The jurors were polled and the verdict ratified by each juror as being his or her own.

The following is the verdict, filed and signed on April 25, 2008:

    1.    Did defendant, Derek Stephens, violate the constitutional right of plaintiff to be free from excessive force?

        Yes _____  No __✓__

    2.    Did defendant, Sheylan Flannery, violate the constitutional right of plaintiff to be free from excessive force?

        Yes _____  No __✓__

    3.    Did defendant, Sheylan Flannery's arrest of plaintiff violate her constitutional rights?

        Yes _____  No __✓__

    4.    Did plaintiff suffer damages as a result of the violation(s) of her constitutional rights?

        Yes _____  No __✓__

        If your answer to Question #4 is "No", date and sign this verdict form.

1         If your answer to Question #4 is "Yes", go to
2 Question #5.
3     5.   In what amount, if any, do you find plaintiff
4 suffered damages?
5     $_____

7 Dated: 04.25.08             /s/
                                Foreperson

9     There having been no indication of any irregularity in the proceedings of
10 the jury, and good cause appearing therefor, the Court does now order judgment
11 entered in favor of defendants City of Oxnard, Derek Stephens, and Sheylan
12 Flannery and against plaintiff Vanessa Esquivel.
13     **IT IS SO ORDERED.**

16 Dated: 05/12/08                 _____
17                           HON. OTIS D. WRIGHT II
                              United States District Judge